642

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELIJAH DANIELS, Defendant-Appellant.

(No. 57500; )

First District (1st Division)—April 16, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.

THE CITY OF EVANSTON, Plaintiff-Appellee, *v.* G. & S. MORTGAGE AND INVESTMENT CORPORATION, Defendant-Appellant.

(No. 57185; )

First District (2nd Division)—April 17, 1973.